```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

**ALLEN TRAN**                                                    **PLAINTIFF**

        **v.**            **Civil No. 10-2105**

**NESTLE USA, INC.**                                              **DEFENDANT**

### O R D E R

Now on this 9th day of August, 2010, comes on for consideration defendant's **Motion To Substitute Party** (document #9), to which there is no objection, and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

    **IT IS THEREFORE ORDERED** that Gerber Products Company be substituted for Nestle USA, Inc., as defendant herein, and that the Clerk of Court make such changes in the docket as are needed to reflect this change.  All future filings should reflect this change in the style of the case.

    **IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**